```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 05791
   ANNETTE CRUMP
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6040

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/11/2008 and was confirmed 05/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC   17071.00         376.00         1612.89
CITY OF CHICAGO WATER DE UNSECURED       NOT FILED           .00             .00
COMCAST                  UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON      UNSECURED         472.22            .00             .00
S&S FINANCIAL            UNSECURED        1685.49            .00             .00
IDAPP                    UNSECURED       NOT FILED           .00             .00
INTERLOCK INDUSTRIES     UNSECURED       NOT FILED           .00             .00
VARTEC LONG DISTANCE     UNSECURED       NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE    UNSECURED        1263.79            .00             .00
EMPIRE                   UNSECURED       NOT FILED           .00             .00
COTTAGE EMERGENCY PHYSCI UNSECURED       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED           .00             .00
TCF BANK                 UNSECURED       NOT FILED           .00             .00
LITTLE COMPANY OF MARY H UNSECURED       NOT FILED           .00             .00
ACL LABORATORIES         UNSECURED       NOT FILED           .00             .00
TCA HEALTH               UNSECURED       NOT FILED           .00             .00
SANTANDER CONSUMER USA   UNSECURED             .48           .00             .00
NATL CITY HM LOAN SERV I CURRENT MORTG        .00            .00             .00
NATL CITY HM LOAN SERV I MORTGAGE ARRE        .00            .00             .00
HOME LOAN SERVICES INC   CURRENT MORTG        .00            .00             .00
HOME LOAN SERVICES INC   SECURED NOT I        .00            .00             .00
NATIONAL CITY HOME LOAN  NOTICE ONLY   NOT FILED             .00             .00
HOME LOAN SERVICES INC   NOTICE ONLY   NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,481.50                        1,859.87
TOM VAUGHN               TRUSTEE                                           331.88
DEBTOR REFUND            REFUND                                            967.74

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    5,148.38

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05791 ANNETTE CRUMP
```

```
PRIORITY                                                             .00
SECURED                                                         1,612.89
    INTEREST                                                      376.00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,859.87
TRUSTEE COMPENSATION                                              331.88
DEBTOR REFUND                                                     967.74
                                     ---------------     ---------------
TOTALS                                      5,148.38            5,148.38
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/27/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                                  PAGE   2
              CASE NO. 08 B 05791 ANNETTE CRUMP